# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MARGARET MARY GARIBALDI, Executrix, | : | Case No. 1:10-CV-1597 |
| Plaintiff, | : | |
| | : | JUDGE KATHLEEN O'MALLEY |
| v. | : | |
| PULSAR ECOPRODUCTS, LLC, | : | **JUDGMENT ENTRY** |
| Defendant. | : | |

The Court has been informed by the parties that they have reached a settlement in this action. Accordingly, there is no reason for this matter to remain on the docket of the Court, and this case is **DISMISSED WITH PREJUDICE**.

The Court, however, retains jurisdiction for the following reasons: (1) so that the parties can file, if they so choose, any necessary documents further memorializing the settlement agreement; (2) to vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary; or (3) to alter the terms of the settlement upon agreement of the parties.

**IT IS SO ORDERED.**

s/Kathleen M. O'Malley
KATHLEEN McDONALD O'MALLEY
UNITED STATES DISTRICT JUDGE

Dated: August 25, 2010