==Case is DISMISSED.==
==IT IS SO ORDERED.==
==s/Kathleen M. O'Malley==
==U.S. District Judge     10/7/2010==

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **MARGARET MARY GARIBALDI**, | Case No. 1:10 CV 1597 |
| Plaintiff, | U.S. District Judge Kathleen O'Malley |
| - v. - | **STIPULATION OF DISMISSAL** |
| **PULSAR ECOPRODUCTS, LLC, et al**., | |
| Defendants | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants stipulate that the captioned lawsuit be dismissed with prejudice with each party to bear their own costs, and with the Court to retain jurisdiction as necessary to enforce the parties' settlement agreement.

Respectfully submitted,

**ZASHIN & RICH CO., L.P.A.**

By: *s/Britt Jason Rossiter*
**Stephen S. Zashin (0064557)** ssz@zrlaw.com
**Britt Jason Rossiter (0069775)** bjr@zrlaw.com
55 Public Square, 4th Floor
Cleveland, Ohio 44113
Phone: (216) 696-4441

Stipulated and agreed:

By: *s/Ann Marie Ahern/BJR by consent*          Fax:    (216) 696-1618
Ann Marie Ahern
Attorney for Plaintiff                          Attorneys for Defendants